JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
LEO MONIZ (STATE BAR NO. 285571)
lmoniz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:    (916) 447-9200
Facsimile:    (916) 329-4900

Attorneys for Defendants
AT&T CORP.; AT&T SERVICES, INC.; YP HOLDINGS LLC; YP ADVERTISING & PUBLISHING LLC, successor to AT&T ADVERTISING, L.P., incorrectly sued as AT&T ADVERTISING, LP d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC; and YP LLC, successor to YP SHARED SERVICES LLC, incorrectly sued as YP SHARED SERVICES, LP; and Specially Appearing Defendant AT&T INC.

*Counsel for Plaintiffs listed on next page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KRAWCZYK, et al., individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., AT&T CORP., AT&T INC., AT&T SERVICES, INC., AT&T ADVERTISING, LP, d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC, YP HOLDINGS LLC, and YP SHARED SERVICES, LP,<br><br>Defendants. | Case No. 3:16-cv-02531-VC<br><br>**JOINT STIPULATION ESTABLISHING PLEADING DEADLINES PURSUANT TO CIVIL LOCAL RULE 6-1(a)**<br><br>AND ORDER |

| | | |
|---|---|---|
| 1 | Mark C. Molumphy (168009) | Richard Mithoff* |
| | mmolumphy@cpmlegal.com | rmithoff@mithofflaw.com |
| 2 | Alexandra P. Summer (266485) | Janie Jordan* |
| | asummer@cpmlegal.com | jjordan@mithofflaw.com |
| 3 | COTCHETT PITRE & McCARTHY LLP | MITTHOFF LAW |
| | San Francisco Airport Office Ctr | One Allen Center – Penthouse |
| 4 | 840 Malcolm Road, Suite 200 | 500 Dallas Street |
| | Burlingame, CA 94010 | Houston, TX 77002 |
| 5 | Telephone:   (650) 697-6000 | Telephone:   (713) 654-1122 |
| | Facsimile:   (650) 697-0577 | Facsimile:   (713) 739-8085 |

Judith Sadler*
jsadler@holmesdiggs.com
Cynthia Diggs*
cdiggs@holmesdiggs.com
Rachel A. Smith*
rsmith@holmesdiggs.com
HOLMES, DIGGS, EAMES & SADLER
5300 Memorial Drive, Suite 900
Houston, TX 77007
Telephone:   (713) 802-1777
Facsimile:   (713) 802-1779

Russell Post*
rpost@beckredden.com
BECK REDDEN
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010
Telephone:   (713) 951-3700
Facsimile:   (713) 951-3720

Attorneys for Plaintiff
JAMES KRAWCZYK

*Admitted Pro Hac Vice*

- 1 -

JOINT STIPULATION RE PLEADING DEADLINES
3:16-CV-02531-VC

Pursuant to Civil Local Rule 6-1(a) of the United States District Court for the Northern District of California, Plaintiffs James Krawczyk, et al. and Defendants AT&T Corp.; AT&T Services, Inc.; YP Holdings LLC; YP Advertising & Publishing LLC, successor to AT&T Advertising, L.P., which contends it is incorrectly sued as AT&T Advertising, LP d/b/a AT&T Advertising and Publishing, d/b/a AT&T Advertising Solutions, d/b/a Pacific Bell Directory, d/b/a YP Western Directory LLC; and YP LLC, successor to YP Shared Services LLC, which contends it is incorrectly sued as YP Shared Services, LP; and Defendant AT&T Inc., which appears in this matter solely for the purposes of disputing jurisdiction (collectively, the "Stipulating Defendants"), by and through their respective counsel of record, hereby respectfully submit the following stipulation:

WHEREAS, prior stipulations and orders extended Defendants' time to file motions to dismiss and the briefing on those motions (*see* Dkt. Nos. 21, 39, 72, 73, and 76) and consolidated the Stipulating Defendants' motions to dismiss the First Amended Complaint into a single hearing on December 1, 2016;

WHEREAS, on December 9, 2016, the Court issued an Order on Motions to Dismiss and Strike ("Order") (Dkt. No. 128);

WHEREAS, the Court granted Plaintiffs leave to file an amended complaint adding detail with regard to the claims of Plaintiff Estrada for minimum wage or overtime violations of the Fair Labor Standards Act, and set December 23, 2016 as the deadline to file any amended complaint;

WHEREAS, the Court denied without prejudice the motion to dismiss for lack of personal jurisdiction of Specially Appearing Defendant AT&T Inc. and authorized jurisdictional discovery to be completed by February 8, 2017;

WHEREAS, Plaintiffs James Krawczyk and David Estrada intend to file a Second Amended Complaint by December 23, 2016;

WHEREAS, the Court in its Order did not set a date for the Stipulating Defendants to file their answers to the operative First Amended Complaint or Plaintiffs' anticipated Second Amended Complaint;

WHEREAS, the Stipulating Defendants wish to avoid filing answers to the First Amended

1  Complaint when that complaint will shortly be superseded;

2  WHEREAS, Specially Appearing Defendant AT&T Inc. intends to renew its motion to

3  dismiss for lack of personal jurisdiction upon the completion of jurisdictional discovery;

4  NOW, THEREFORE, Plaintiffs and the Stipulating Defendants hereby STIPULATE

5  AND AGREE as follows:

6  1. Defendants AT&T Corp.; AT&T Services, Inc.; YP Holdings LLC; YP

7  Advertising & Publishing LLC, successor to AT&T Advertising, L.P., which contends it is

8  incorrectly sued as AT&T Advertising, LP d/b/a AT&T Advertising and Publishing, d/b/a AT&T

9  Advertising Solutions, d/b/a Pacific Bell Directory, d/b/a YP Western Directory LLC; and YP

10  LLC, successor to YP Shared Services LLC, which contends it is incorrectly sued as YP Shared

11  Services, LP, shall have until January 6, 2017 to file their answer(s) to the complaint that is

12  operative on that date;

13  2. Provided that jurisdictional discovery is completed by February 8, 2017 as ordered

14  by the Court, Plaintiffs shall notify Specially Appearing Defendant AT&T Inc. by March 1, 2017

15  whether they will agree to voluntarily dismiss AT&T Inc. from this case;

16  3. In the event that Plaintiffs do not voluntarily dismiss Specially Appearing

17  Defendant AT&T Inc., it shall have until March 8, 2017 either to answer the operative complaint

18  or to renew its challenge to personal jurisdiction;

19  4. If Specially Appearing Defendant AT&T Inc. renews its jurisdictional challenge

20  by March 8, 2017, it need not file any answer until 14 days after the Court determines that AT&T

21  Inc. is subject to personal jurisdiction in the Northern District of California.

22  **IT IS SO STIPULATED.**

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

- 3 -   JOINT STIPULATION RE PLEADING DEADLINES
3:16-CV-02531-VC

| | | |
|---|---|---|
| 1 | Dated:  December 21, 2016 | Mark C. Molumphy |
| 2 | | Alexandra P. Summer |
| | | COTCHETT PITRE & MCCARTHY LLP |
| 3 | | Judith Sadler |
| 4 | | Cynthia Diggs |
| | | Rachel Smith |
| 5 | | HOLMES, DIGGS, EAMES & SADLER |
| 6 | | Russel Post |
| | | BECK REDDEN |
| 7 | | Richard Mithoff |
| 8 | | Janie Jordan |
| | | MITHOFF LAW |
| 9 | | By:           /s/ *Richard Mithoff* |
| 10 | | RICHARD MITHOFF |
| | | Attorneys for Plaintiffs |
| 11 | | JAMES KRAWCZYK, et. al. |
| 12 | Dated:  December 21, 2016 | Respectfully submitted, |
| | | Julie A. Totten |
| 13 | | Leo Moniz |
| 14 | | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 15 | | By:           */s/ Julie A. Totten* |
| | | JULIE A. TOTTEN |
| 16 | | Attorneys for Defendants |
| | | AT&T CORP.; AT&T SERVICES, INC.; YP |
| 17 | | HOLDINGS LLC; YP ADVERTISING & |
| | | PUBLISHING LLC, successor to AT&T |
| 18 | | ADVERTISING, L.P., incorrectly sued as AT&T |
| | | ADVERTISING, LP d/b/a AT&T ADVERTISING |
| 19 | | AND PUBLISHING, d/b/a AT&T ADVERTISING |
| | | SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, |
| 20 | | d/b/a YP WESTERN DIRECTORY LLC; and YP |
| | | LLC, successor to YP SHARED SERVICES LLC, |
| 21 | | incorrectly sued as YP SHARED SERVICES, LP.; |
| | | and Specially Appearing Defendant AT&T INC. |
| 22 | | |
| 23 | Date: December 23, 2016 | |

GRANTED

Judge Vince Chhabria

(United States District Court, Northern District of California seal)

- 4 -   JOINT STIPULATION RE PLEADING DEADLINES
3:16-CV-02531-VC

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Julie A. Totten, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2016, in Sacramento, California.

*/s/ Julie A. Totten*
JULIE A. TOTTEN
Attorneys for Defendants
AT&T CORP.; AT&T SERVICES, INC.; YP HOLDINGS LLC; YP ADVERTISING & PUBLISHING LLC, successor to AT&T ADVERTISING, L.P., incorrectly sued as AT&T ADVERTISING, LP d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC; and YP LLC, successor to YP SHARED SERVICES LLC, incorrectly sued as YP SHARED SERVICES, LP.; and Specially Appearing Defendant AT&T INC.